# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CARL EDWARD BELL, : No. 13 WAP 2023
:
     Appellant : Appeal from the Order entered May
: 17, 2023 of the Commonwealth
: Court at No. 34 MD 2022.
     v. :
:
:
PENNSYLVANIA DEPARTMENT OF :
CORRECTIONS, THE COURT OF :
COMMON PLEAS OF ERIE COUNTY, AND :
ATTORNEY GENERAL OF :
PENNSYLVANIA, :
:
     Appellees :

## ORDER

**PER CURIAM**

     **AND NOW,** this 25th day of April, 2024, the order of the Commonwealth Court is

**AFFIRMED.**